JUDGE VYSKOCIL

```
UNITED STATES DISTRICT COURT              Wheel A
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

        - v -                     :       NOTICE OF INTENT TO
                                          FILE AN INFORMATION
RAHN+BODMER CO.,                  :

              Defendant.          :

- - - - - - - - - - - - - - - - - x
```

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            February 22, 2021

                          AUDREY STRAUSS
                          United States Attorney for the
                          Southern District of New York

           By: _____
                          Olga I. Zverovich
                          Assistant United States Attorney

                          AGREED AND CONSENTED TO:

           By: _____
                          Benjamin Gruenstein, Esq.
                          Attorney for Rahn+Bodmer Co.

JUDGE VYSKOCIL